**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                   Case Number: 1:26–cr–00831

Andi Eduardo Fajardo–Mendez

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Karen Betancourt

**PLACE:**

United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:** 7/16/2026

**TIME:** 01:35 PM

**TYPE OF PROCEEDING:** Arraignment

Date: July 8, 2026

Nathan Ochsner, Clerk
by M. Perez, Deputy Clerk